UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| ANNETTE OAKLEY | : | |
|     Debtor | : | Bankruptcy No. 12-18456bf |
| _____ | | |
| NUNZIO CARTO, JR. | : | |
|     Plaintiff | : | |
| v. | : | |
| ANNETTE OAKLEY, JOHN DOE 1-100, AND ABC COMPANY 1-100 | : | |
|     Defendants | : | Adversary No. 13-0053 |
| _____ | | |

..................................................

ORDER

..................................................

AND NOW, this 30th day of December 2013, for the reasons given in the accompanying memorandum, it is hereby ordered that the plaintiff's objection to discharge under 11 U.S.C. § 727(a)(4) is sustained, and the debtor, Annette Oakley, is denied a chapter 7 bankruptcy discharge.

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Annette Oakley, Esq.
2015 S. 11th Street
Philadelphia, PA 19148

Mr. Nunzio Carto, Jr.
2212-2214 South Broad Street
Philadelphia, PA 19145

Mitchell L. Chambers, Esq.
1510 Blackwood-Clementon Road
Blackwood, NJ 08012

David A. Snyder, Esq.
Law Office of David A. Snyder
2 White Horse Pike
Haddon Heights, NJ 08035